UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS MARQUIS TURNER,<br><br>    Plaintiff,<br><br>v.<br><br>LEGAL RESEARCH ASSOCIATES OF CONTRA COSTA COUNTY INC., et al.,<br><br>    Defendants. | Case No. 22-cv-04628 BLF (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE COMPLETE APPLICATION TO PROCEED *IN FORMA PAUPERIS*** |

    On August 11, 2022, Plaintiff, proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. Dkt. No. 1. He also filed a motion for leave to proceed *in forma pauperis* ("IFP"). Dkt. No. 2. On the same day, the Clerk sent Plaintiff a notice informing him that the IFP motion was deficient because it was lacking the following supporting documents: (1) a Certificate of Funds in Prisoner's Account completed by an authorized official; and (2) a copy of his prisoner trust account statement showing transactions for the last six months. Dkt. No. 3. He was directed to respond within twenty-eight days of the notice to avoid dismissal of the action. *Id.*

    Because there was some confusion over Plaintiff's current address, a letter was sent to Plaintiff requesting that he file notice regarding his current address to avoid the return of

mail; the letter was sent to the two different addresses provided by Plaintiff. One of the letters, sent to the Calaveras County Detention Facility. was returned as undeliverable on September 13, 2022. Dkt. No. 4. More recently, Plaintiff filed a letter on November 9, 2022, stating that he has "done all necessary things," and inquiring about the status of several of his pending lawsuits in this district, including this action. Dkt. No. 5.

It appears that Plaintiff may not have received the first Clerk's notice regarding his deficient IFP application. Accordingly, in the interest of justice, Plaintiff shall be granted an extension of time to file the supporting documents needed to complete his IFP application.

Plaintiff must file the necessary documents **no later than twenty-eight (28) days** from the date this order is filed to avoid dismissal of this action.

**Failure to respond to this order in the time provided shall result in this action being dismissed without prejudice and without further notice to Plaintiff for failure to pay the filing fee.**

The Clerk shall enclose a copy of the Clerk's Notice and attachments, Dkt. No. 3, with a copy of this order to Plaintiff.

**IT IS SO ORDERED.**

Dated: ___**December 22, 2022**___

BETH LABSON FREEMAN
United States District Judge

Order Granting EOT to file IFP
P:\PRO-SE\BLF\CR.22\04628Turner_eot-ifp.docx