UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CURTIS MARQUIS TURNER,

    Plaintiff,

v.

LEGAL RESEARCH ASSOCIATES OF CONTRA COSTA COUNTY, INC.,

    Defendant.

Case No. 22-cv-04628-BLF (PR)

**ORDER OF DISMISSAL**

Plaintiff, an inmate at the Contra Costa County West County Detention Facility, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983. Dkt. No. 1. On January 12, 2023, mail sent to Plaintiff was returned as undeliverable and "Not In Custody," stamped on the envelope. Dkt. No. 7 at 1. Plaintiff has not provided the Court with a new address and has had no further communication with the Court.

Pursuant to Northern District Local Rule 3-11, a party proceeding *pro se* must promptly file a notice of change of address while an action is pending. *See* Civ. L.R. 3-11(a). The Court may, without prejudice, dismiss a complaint when: (1) mail directed to the *pro se* party by the Court has been returned to the Court as not deliverable, and (2) the Court fails to receive within sixty days of this return a written communication from the *pro*

*se* party indicating a current address.  *See* Civ. L.R. 3-11(b).

More than sixty days have passed since the mail addressed to Plaintiff was returned as undeliverable.  The Court has not received a notice from Plaintiff regarding a new address.  Accordingly, the instant civil rights action is **DISMISSED** without prejudice pursuant to Rule 3-11 of the Northern District Local Rules.

The Clerk shall terminate any pending motions.

**IT IS SO ORDERED.**

Dated:  ___**March 21, 2023**___

*[signature]*
BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
PRO-SE\BLF\CR.22\04628Turner_dis-LR3

2