UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS MARQUIS TURNER,<br><br>    Plaintiff,<br><br>    v.<br><br>LEGAL RESEARCH ASSOCIATES OF CONTRA COSTA COUNTY, INC.,<br><br>    Defendant. | Case No. 22-cv-04628-BLF  (PR)<br><br>**JUDGMENT** |

For the reasons stated in the order of dismissal, this action is dismissed without prejudice.  Judgment is entered accordingly.  The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated:  __March 21, 2023__

                                          BETH LABSON FREEMAN
                                          United States District Judge